No. 60257.—William Bram and Du Caire Import Co. v. United States, protests 292321–K and 290328–K (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise is the same in all material respects as that the subject of Abstract 59105, the merchandise was held dutiable as follows: (1) The items marked with the letter "B" at 10 percent under the provision in paragraph 1528, as modified by the Torquay Protocol to the General Agreement on Tariffs and Trade (T. D. 52739), supplemented by Presidential proclamation (T. D. 52836), for imitation semiprecious stones, faceted, and (2) the items marked with the letter "C" at 30 percent under the provision in said paragraph, as modified by T. D. 51802, supplemented by T. D. 51898, for imitation semiprecious stones, not faceted.

No. 60258.—R. J. Saunders & Co., Inc. v. United States, protests 244306–K, etc. (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of Angora rabbit hair similar in all material respects to that the subject of W. N. Proctor Company v. United States (35 Cust. Ct. 89, C. D. 1727), the claim of the plaintiff was sustained.

No. 60259.—W. J. Byrnes & Co. of N. Y., Inc., and Joosten & Janssen v. United States, protest 257250–K (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of reptile skins the same in all material respects as those passed upon in Fleming-Joffe, Ltd. v. United States (25 Cust. Ct. 56, C. D. 1263), the claim of the plaintiffs was sustained.